UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| STRATA AUCTION LLC,<br><br>              Plaintiff,<br>  v.<br>SYLVIA A. TRAMMEL, et al.,<br><br>             Defendants.<br>_____/ | No. C 11-0766 MEJ<br><br>**SECOND ORDER DIRECTING DEFENDANT TO FILE CONSENT/DECLINATION FORM** |

Pending before the Court is Defendant Sylvia Trammel's in forma pauperis application. On February 25, 2011, the Court ordered Defendant to consent to magistrate judge jurisdiction or request reassignment to a district judge. Dkt. No. 6. Defendant failed to respond by the March 17, 2011 deadline.

This civil case was randomly assigned to Magistrate Judge James for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, Defendant shall inform the Court, by way of the enclosed form, whether she consents to Magistrate Judge James' jurisdiction or requests reassignment to a United States District Judge for trial. The consent/declination form shall be filed by April 14, 2011. Failure to comply with this Order may result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: March 22, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATA AUCTION LLC | No. C 11-00766 MEJ |
| Plaintiff(s), | |
| vs. | |
| TRAMMEL | |
| Defendant(s). / | |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated:_____    Signed by:_____

                                     Counsel for:_____

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.

Dated:_____    Signed by:_____

                                     Counsel for:_____

2

<div style="sidebar">UNITED STATES DISTRICT COURT
For the Northern District of California</div>

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATA AUCTION LLC | Case Number: 11-00766 MEJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| TRAMMEL | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 22, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sylvia A Trammel
3536 Windmill Way
Concord, CA 94518

Dated: March 22, 2011

           Richard W. Wieking, Clerk
           By: Brenda Tolbert, Deputy Clerk

3