UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| STRATA AUCTION LLC,<br><br>          Plaintiff,<br>  v.<br><br>SYLVIA A. TRAMMEL, et al.,<br><br>          Defendants.<br>_____/ | No. C 11-0766 MEJ<br><br>**ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINATION FORM** |

     Pending before the Court is Plaintiff's motion to remand. This civil case was randomly assigned to Magistrate Judge James for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

     You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, Plaintiff shall inform the Court whether it consents to Magistrate Judge James' jurisdiction or requests reassignment to a United States District Judge for trial. The consent/declination form, which can be obtained on the Court's website, shall be filed by April 14, 2011.

     **IT IS SO ORDERED.**

Dated: April 6, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge