UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| STRATA AUCTION LLC, | No. C 11-0766 MEJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | **ORDER VACATING CMC &** |
| SYLVIA A. TRAMMEL, et al., | **MOTION TO REMAND HEARING** |
| Defendants. | |
| _____/ | |

On February 18, 2011, Defendant Sylvia Trammel removed the above-captioned case from the California Superior Court, County of Contra Costa, at which time she also filed an application to proceed in forma pauperis. Dkt. Nos. 1, 3. On February 25, 2011, the Court ordered Trammel to consent to magistrate judge jurisdiction or request reassignment to a district judge. Dkt. No. 6. Trammel failed to respond by the March 17, 2011 deadline. Accordingly, the Court issued a second order to consent or decline, this time by April 14, 2011. Dkt. No. 7. The Court warned Trammel that failure to comply may result in the imposition of sanctions. Trammel again failed to respond.

On March 24, 2011, Plaintiff Strata Auction filed a Motion to Remand, with a noticed hearing date of April 28, 2011. Dkt. No. 8. Pursuant to Civil Local Rule 7, Trammel's opposition or statement of non-opposition was due by April 7, 2011; however, Trammel also failed to file an opposition. In fact, since removing this case, Trammel has made no appearance in this matter. Accordingly, the Court hereby VACATES the April 28, 2011 hearing and ORDERS Defendant Sylvia Trammel to show cause why this case should not be remanded to Contra Costa Superior Court. Trammel shall file a declaration by May 5, 2011, and the Court shall conduct a hearing on May 19, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The June 2, 2011 case management conference is VACATED.

**IT IS SO ORDERED.**

Dated: April 18, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

STRATA AUCTION LLC

        Plaintiff,

v.

TRAMMEL

        Defendant.

Case Number: 11-00766 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 18, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sylvia A Trammel
3536 Windmill Way
Concord, CA 94518

Dated: April 18, 2011

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2